CITY OF DURHAM v. WOO

No. 194P98

Case below: 129 N.C.App. 183

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 July 1998.

DIXON v. CITY OF DURHAM

No. 91P98

Case below: 128 N.C.App. 501

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

DTH PUBLISHING CORP. v. UNC AT CHAPEL HILL

No. 123P98

Case below: 128 N.C.App. 534

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

FANTASY WORLD, INC. v. GREENSBORO BD. OF ADJUST.

No. 143P98

Case below: 128 N.C.App. 703

Notice of appeal by appellant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed 8 July 1998. Petition by appellant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998.

FERGUSON v. KILLENS

No. 168P98

Case below: 129 N.C.App. 131

Petition by appellant for writ of supersedeas denied 8 July 1998. Petition by appellant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998. Motion by appellee to dismiss appeal allowed 8 July 1998.